| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
Silicon Hills Campus, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
8 2 – 3 5 4 4 8 4 7

**4. Debtor's address**

Principal place of business:  
814 Lavaca Street  
Number    Street  

Austin    TX    78701  
City    State    ZIP Code  

Travis  
County  

Mailing address, if different from principal place of business:  
Number    Street  
P.O. Box  
City    State    ZIP Code  

Location of principal assets, if different from principal place of business:  
6801 River Place Blvd.  
Number    Street  

Austin    TX    78726  
City    State    ZIP Code  

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Silicon Hills Campus, LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

  **5  3  1  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                           MM / DD / YYYY
        District _____  When _____  Case number _____
                                           MM / DD / YYYY
        District _____  When _____  Case number _____
                                           MM / DD / YYYY

Debtor **Silicon Hills Campus, LLC** _____ Case number (if known) _____

| | | |
|---|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No ☑ Yes. | Debtor **See attached list.** Relationship _____<br>District _____ When _____<br>                                                    MM / DD / YYYY<br>Case number, if known _____ |
| List all cases. If more than 1, attach a separate list. | | Debtor _____ Relationship _____<br>District _____ When _____<br>                                                    MM / DD / YYYY<br>Case number, if known _____ |

**11. Why is the case filed in _this district_?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street
_____
_____ _____ _____
City                    State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### ■ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Silicon Hills Campus, LLC**     Case number (if known) _____

| 14. Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/07/2020**
           MM / DD / YYYY

X **/s/ Brian Elliott**        **Brian Elliott**
Signature of authorized representative of debtor      Printed name

Title **Corporate Counsel**

**18. Signature of attorney**

X **/s/ Morris D. Weiss**        Date **01/07/2020**
Signature of attorney for debtor             MM / DD / YYYY

**Morris D. Weiss**
Printed name
**Waller Lansden Dortch & Davis, LLP**
Firm name
**100 Congress Avenue, 18th Floor**
Number      Street

**Austin**        **TX**    **78701**
City            State    ZIP Code

**(512) 685-6400**        **morris.weiss@wallerlaw.com**
Contact phone          Email address
**21110850**
Bar number          State

**List of Affiliated Entities with Pending Bankruptcy Cases:**

| Debtor | Relationship | District | Date Filed | Case No. |
|---|---|---|---|---|
| 5th and Red River, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 | 19-11527 |
| 7400 South Congress, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 | 19-11528 |
| 900 Cesar Chavez, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 | 11-11529 |
| 905 Cesar Chavez, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 | 19-11530 |
| WC 56 East Avenue, LLC | Affiliate | Western Dist. of TX, Austin Division | 12/2/19 | 19-11649 |

| | Fill in this information to identify the case: | |
|---|---|---|
| Debtor name | **Silicon Hills Campus, LLC** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jackson Walker LLP<br>100 Congress<br>Suite 1100<br>Austin, TX 78701 | | Services | | | | $124,997.68 |
| 2 | Gensler<br>212 Lavaca Street<br>Suite 390<br>Austin, TX 78701 | | Services | Disputed | | | $107,468.00 |
| 3 | SourceHOV<br>2701 E. Grauwyler Road<br>Irving, TX 75061 | | Services | | | | $51,286.90 |
| 4 | Wordsearch<br>401 Broadway<br>Suite 220<br>New York, NY 10013 | | Services | Disputed | | | $40,000.00 |
| 5 | Dunaway Associates<br>550 Bailey Avenue, Suite 400<br>Ft Worth, TX 76107 | | Services | | | | $22,740.00 |

| | Debtor | **Silicon Hills Campus, LLC** | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | DT Energy Consultants, LLC<br>10601 Pointe View Drive<br>Austin, TX 78738 | | Services | | | | $13,035.00 |
| 7 | Jensen Hughes, Inc.<br>PO Box 62680<br>Baltimore, MD 21264-2680 | | Services | | | | $10,000.00 |
| 8 | Professional Service Industries:<br>PO Box 74008418<br>Chicago, IL 60674-8418 | | Services | | | | $9,350.00 |
| 9 | G4S<br>1395 University Blvd<br>Jupiter, FL 33458 | | Services | Disputed | | | $8,391.54 |
| 10 | KTB Real Estate Services:<br>2007 Burnie Bishop Place<br>Cedar Park, TX 78613 | | Services | | | | $4,000.00 |
| 11 | Travis County Tax Assessor<br>Attn: Bruce Elfant<br>5501 Airport Blvd<br>Austin, TX 78751 | | Taxes | | | | $0.00 |
| 12 | Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 | | Utilities | | | | $0.00 |
| 13 | Texas Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy<br>P.O. Box 13528 Capitol Station | | Franchise Tax | | | | $0.00 |

| Debtor | **Silicon Hills Campus, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14 | Siemens Industry, Inc. Smart Infrastructure 12515 Research Blvd. Bldg. 7, Suite 250A Austin, TX 78701 | | Services | | | | $0.00 |
| 15 | Fluor Enterprises, Inc. 5001 Spring Valley Road Suite 700 W Dallas, TX 75244 | | Services | | | | $0.00 |
| 16 | City of Austin P.O. Box 2267 Austin, TX 78783-2267 | | Utilities | | | | $0.00 |
| 17 | Austin Energy 721 Barton Springs Rd. Austin, Texas 78704 | | Utilities | | | | $0.00 |
| 18 | AT&T Select Accounts, Central South AT&T National Business 4544 S. Lamar Blvd. Austin, TX  78745 | | Services | | | | $0.00 |
| 19 | Ameresco 1660 NW 38th Street Lincoln City, OR 97367 | | Services | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: **Silicon Hills Campus, LLC**            CASE NO

                                                                                                CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   1/7/2020                                Signature   */s/ Brian Elliott*
                                                                                                *Brian Elliott*
                                                                                                *Corporate Counsel*

Date                                               Signature

Ameresco
1660 NW 38th Street
Lincoln City, OR 97367



AT&T
Select Accounts, Central South
AT&T National Business
4544 S. Lamar Blvd.
Austin, TX  78745

Austin Energy
721 Barton Springs Rd.
Austin, Texas 78704



City of Austin
P.O. Box 2267
Austin, TX 78783-2267



Cogency Global Inc.
Attn: Independent Director/Manager Team
c/o Richard Arthur & Colleen De Vries
10 East 40th St., 10th Floor
New York, NY 10016

DT Energy Consultants, LLC
10601 Pointe View Drive
Austin, TX  78738



Dunaway Associates
550 Bailey Avenue, Suite 400
Ft Worth, TX  76107



Fluor Enterprises, Inc.
5001 Spring Valley Road
Suite 700 W
Dallas, TX 75244


G4S
1395 University Blvd
Jupiter, FL 33458

Gensler
212 Lavaca Street
Suite 390
Austin, TX 78701


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


Jackson Walker LLP
100 Congress
Suite 1100
Austin, TX 78701


Jensen Hughes, Inc.
PO Box 62680
Baltimore, MD  21264-2680



K&L Gates LLP
Attn: Lisa Stark
600 N. King St., Suite 901
Wilmington, DE 19801


KTB Real Estate Services:
2007 Burnie Bishop Place
Cedar Park, TX  78613



Ladder Capital Finance LLC
345 Park Avenue, 8th Floor
New York, NY 10154


Natin Paul
814 Lavaca Street
Austin, TX 78701


Polsinelli PC
Attn: James H. Billingsley and
Savanna L. Barlow
2950 N. Harwood, Suite 2100
Dallas, TX 75201

Professional Service Industries:
PO Box 74008418
Chicago, IL  60674-8418


Siemens Industry, Inc.
Smart Infrastructure
12515 Research Blvd.
Bldg. 7, Suite 250A
Austin, TX 78701

SourceHOV
2701 E. Grauwyler Road
Irving, TX 75061


Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711


Texas Gas Service
PO Box 219913
Kansas City, MO 64121-9913


Thompson & Knight, LLP
Attn: Christopher L. Chauvin and
Alexander T. Dimock
1722 Routh St., Ste. 1500
Dallas, TX 75201

Travis County Attorney's Office
Attention: County Attorney
P.O. Box 1748
Austin, TX 78767


Travis County Tax Assessor
Attn: Bruce Elfant
5501 Airport Blvd
Austin, TX 78751


Tricia Motz, Receiver
CBRE, Inc.
6200 Bridgepoint Pkwy
Suite 125
Austin, TX 78730

Tuebor REIT Sub LLC
c/o Marsh Captive Solutions
100 Bank Street, Suite 610
Burlington, VT 05401


United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701


WCRE Management, LLC
814 Lavaca Street
Austin, TX 78701


Wordsearch
401 Broadway
Suite 220
New York, NY 10013