**EXHIBIT A**
**(Proposed Order)**

71915519.5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10042-tmd |
| | § | |
| **SILICON HILLS CAMPUS, LLC,** | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |
| | § | |

**ORDER GRANTING TUEBOR REIT SUB, LLC'S MOTION**
**FOR ORDER EXCUSING STATE COURT RECEIVER FROM TURNOVER**
**REQUIREMENTS UNDER SECTION 543**

This matter comes before the Court pursuant to the *Motion for Order Excusing State Court Receiver from Turnover Requirements Under Section 543*, filed by Tuebor REIT Sub, LLC ("Secured Lender"), in the above-captioned bankruptcy case (the "Case"), on January 10, 2020 (Dkt. ___; the "Motion"). The Motion was supported by Secured Lender pursuant to the *Declaration of Robert Perelman* (the "Perelman Declaration")

71915519.5

[Dkt. ___].

IT IS HEREBY ORDERED as follows:

1. The Motion is granted;

2. The Receiver is excused from complying with the turnover provisions of 11 U.S.C. § 543(d); and

3. The Debtor is ordered to return the keys to the Property and the codes to the Receiver.

# # #

71915519.5