**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SILICON HILLS CAMPUS, LLC | § | Case No. 20-10042-tmd |
| | § | |
| Debtor | § | |

## AMENDED MATRIX (ADDITIONAL CREDITORS)

Pursuant to Bankruptcy Rule 1009 and Local Rule 1009, Debtor Silicon Hills Campus,

LLC amends it mailing list of creditors and certifies that it is complete and correct.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By:  /s/ Morris D. Weiss
　　　Eric J. Taube (Bar No. 19679350)
　　　Morris D. Weiss (Bar No. 21110850)
　　　Mark C. Taylor (Bar No. 19713225)
　　　William R. ("Trip") Nix (Bar No. 24092902)
　　　100 Congress Avenue, Suite 1800
　　　Austin, Texas 78701
　　　(512) 685-6400
　　　(512) 685-6417 (FAX)
　　　Email: Eric.Taube@wallerlaw.com
　　　　　　Morris.Weiss@wallerlaw.com
　　　　　　Mark.Taylor@wallerlaw.com
　　　　　　Trip.Nix@wallerlaw.com

　　　PROPOSED ATTORNEYS FOR DEBTOR AND
　　　DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the Affected Parties listed below by United States First Class Mail, and the parties on the attached service list by United States First Class Mail or electronically via the Court's ECF system on January 22, 2020.

**Affected Parties**

Texas Attorney General's Office
Attn: Nicole Fagerberg/Walter Brocato
Asst. Atty. Gen. - Transportation Div.
P.O. Box 12548
Austin, TX 78711-2548

Waste Management of Texas, Inc.
24275 Katy Freeway
Suite 450
Katy, TX 77494-7257

*/s/ Morris D. Weiss*
Morris D. Weiss

## ADDED PARTIES

Texas Attorney General's Office
Attn: Nicole Fagerberg/Walter Brocato
Asst. Atty. Gen. - Transportation Div.
P.O. Box 12548
Austin, TX 78711-2548

Waste Management of Texas, Inc.
24275 Katy Freeway
Suite 450
Katy, TX 77494-7257

## SERVICE LIST

**Debtor**
Silicon Hills Campus, LLC
814 Lavaca Street
Austin, TX 78701

**Government Entities**
United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Texas Comptroller of Public Accts
Revenue Accounting Division -
Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711

Travis County Attorney's Office
Attention: County Attorney
P.O. Box 1748
Austin, TX 78767

Travis County Tax Assessor
Attn: Bruce Elfant
5501 Airport Blvd
Austin, TX 78751

**Secured Parties**
Ladder Capital Finance LLC
345 Park Avenue, 8th Floor
New York, NY 10154

Tuebor REIT Sub LLC
c/o Marsh Captive Solutions
100 Bank Street, Suite 610
Burlington, VT 05401

**Unsecured Creditors/
Interested Parties**
Ameresco
1660 NW 38th Street
Lincoln City, OR 97367

AT&T
Select Accounts, Central South
AT&T National Business
4544 S. Lamar Blvd.
Austin, TX 78745

Austin Energy
721 Barton Springs Rd.
Austin, Texas 78704

City of Austin
P.O. Box 2267
Austin, TX 78783-2267

Cogency Global Inc.
Attn: Independent
Director/Manager Team
c/o Richard Arthur & Colleen De
Vries
10 East 40th St., 10th Floor
New York, NY 10016

DT Energy Consultants, LLC
10601 Pointe View Drive
Austin, TX 78738

Dunaway Associates
550 Bailey Avenue, Suite 400
Ft Worth, TX 76107

Fluor Enterprises, Inc.
5001 Spring Valley Road
Suite 700 W
Dallas, TX 75244

G4S
1395 University Blvd
Jupiter, FL 33458

Gensler
212 Lavaca Street, Ste. 390
Austin, TX 78701

Jackson Walker LLP
100 Congress, Suite 1100
Austin, TX 78701

Jensen Hughes, Inc.
PO Box 62680
Baltimore, MD 21264-2680

K&L Gates LLP
Attn: Lisa Stark
600 N. King St., Suite 901
Wilmington, DE 19801

KTB Real Estate Services:
2007 Burnie Bishop Place
Cedar Park, TX 78613

Natin Paul
814 Lavaca Street
Austin, TX 78701

Professional Service Industries:
PO Box 74008418
Chicago, IL 60674-8418

Siemens Industry, Inc.
Smart Infrastructure
12515 Research Blvd.
Bldg. 7, Suite 250A
Austin, TX 78701

SourceHOV
2701 E. Grauwyler Road
Irving, TX 75061

Texas Gas Service
PO Box 219913
Kansas City, MO 64121-9913

Tricia Motz, Receiver
CBRE, Inc.
6200 Bridgepoint Pkwy, Suite 125
Austin, TX 78730

WCRE Management, LLC
814 Lavaca Street
Austin, TX 78701

Wordsearch
401 Broadway, Suite 220
New York, NY 10013

Texas Attorney General's Office
Attn: Nicole Fagerberg/
Walter Brocato
Assistant Attorney General
Transportation Division
P.O. Box 12548
Austin, TX 78711-2548

Waste Management of Texas, Inc.
24275 Katy Freeway
Suite 450
Katy, TX 77494-7257

**Parties Requesting Service**

Tuebor REIT Sub LLC
c/o Polsinelli PC
Attn: Liz Boyston/James H.
Billingsley/Savanna L. Barlow/
2950 N. Harwood, Suite 2100
Dallas, TX 75201

Thompson & Knight, LLP
Attn: Christopher L. Chauvin and
Bruce J. Zabarauskas
1722 Routh St., Ste. 1500
Dallas, TX 75201