# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−10042−tmd
Chapter No.: 11
Judge: Tony M. Davis

IN RE: **Silicon Hills Campus, LLC**, Debtor(s)

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

- at  Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

- on  **2/10/20 at 01:30 PM**

STATUS Conference Set For 2/10/2020 at 01:30 PM at Austin Courtroom 1 Related Document 1 Voluntary Petition under Chapter 11 (Non−Individual) Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation Filed by Morris Weiss For Debtor...Court Request Hearing... (Benitez, Estella)

Dated: 2/5/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Status Hearing Notice (BK)] [NtcsthrgBKapac]