## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-10042-TMD |
| | § | |
| SILICON HILLS CAMPUS, LLC, | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | |

## TEXAS DEPARTMENT OF TRANSPORTATION'S DESIGNATION OF EXHIBITS

The Texas Department of Transportation (**TxDOT**) files this **Designation of Exhibits** for the hearing scheduled on February 26, 2020 at 2:00 p.m. in the above-captioned cased. Additionally, TxDOT may offer into evidence the exhibits submitted by any other party which are not offered or admitted into evidence. TxDOT may also rely on the exhibits offered into evidence by any other party and admitted by the Court.

## TXDOT'S EXHIBITS

| Exh. No. | Description | Offer | Object | Admit |
|---|---|---|---|---|
| 1. | **Petition for Condemnation filed in Parcel 13;** Cause No. C-1-CV-18-005354; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1 | | | |
| 2. | **Original Answer of Debtor filed in Parcel 13**; Cause No. C-1-CV-18-005354; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1 | | | |
| 3. | **$3,500,000 Award by Special Commissioners filed in Parcel 13**; Cause No. C-1-CV-18-005354; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1 | | | |
| 4. | **Objections to Award of Special Commissioners by Debtor filed in Parcel 13**; Cause No. C-1-CV-18-005354; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1 | | | |

| | | | | |
|---|---|---|---|---|
| 5. | **Objections to Award of Special Commissioners by TxDOT filed in Parcel 13;** Cause No. C-1-CV-18-005354; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1 | | | |
| 6. | **Notice of Deposit of Amount of Award of Special Commissioners filed in Parcel 13;** Cause No. C-1-CV-18-005354; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1. | | | |
| 7. | **Suggestion of Bankruptcy by Tuebor Reit Sub LLC filed in Parcel 13;** Cause No. C-1-CV-18-005354; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1 | | | |
| 8. | **Petition for Condemnation filed in Parcel 9;** Cause No. C-1-CV-18-005342; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1 | | | |
| 9. | **Original Answer of Debtor filed in Parcel 9;** Cause No. C-1-CV-18-005342; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1. | | | |
| 10. | **$139,345 Award by Special Commissioners filed in Parcel 9;** Cause No. C-1-CV-18-005342; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1 | | | |
| 11. | **Objections to Award of Special Commissioners by TxDOT filed in Parcel 9;** Cause No. C-1-CV-18-005342; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1 | | | |
| 12. | **Notice of Deposit of Amount of Award of Special Commissioners filed in Parcel 9;** Cause No. C-1-CV-18-005342; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1 | | | |
| 13. | **Suggestion of Bankruptcy by Tuebor Reit Sub LLC filed in Parcel 9;** Cause No. C-1-CV-18-005342; *State of Texas v. Silicon Hills Campus, LLC, et al.;* Travis County Probate Court No. 1 | | | |

Dated: <u>February 26, 2020</u>

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

ESTEBAN S.M. SOTO
Chief, Transportation Division

<u>/s/ Kyle Pierce Counce</u>
KYLE PIERCE COUNCE
Assistant Attorney General
kyle.counce@oag.texas.gov
State Bar No. 24082862
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1131 - Telephone
(512) 936-0888 - Facsimile

**COUNSEL FOR THE TEXAS
DEPARTMENT OF TRANSPORTATION**

## <u>CERTIFICATE OF SERVICE</u>

The foregoing was served on all parties on the attached service list by United States First Class Mail or electronically by the Court's ECF system on February 26, 2020.

<u>/s/ Kyle Pierce Counce</u>
KYLE PIERCE COUNCE
Assistant Attorney General