UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF
TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10042-tmd |
| | § | |
| **SILICON HILLS CAMPUS, LLC,** | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |
| | § | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

Polsinelli PC files this Notice of Appearance and Request for Service of Papers as counsel for ATX Debt Fund 1, LLC.

Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, ATX Debt Fund 1, LLC requests that it receive notices of any actions taken in the captioned cause, pleadings or documents in any adversary proceedings and all pleadings, motions or other documents filed in the captioned cause, and that such documents be served on it at the following addresses:

| | |
|---|---|
| Liz Boydston | Trinitee G. Green |
| Polsinelli PC | Polsinelli PC |
| 2950 N. Harwood Street, Suite 2100 | 1000 Louisiana Street, Suite 6400 |
| Dallas, Texas 75201 | Houston, Texas 77002 |
| Telephone: (214) 661-5557 | Telephone: (713) 374-1600 |
| Emails: lboydston@polsinelli.com | Email: tggreen@polsinelli.com |

Further, this Notice of Appearance is not intended to be, and shall not constitute, a consent by ATX Debt Fund 1, LLC to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of ATX Debt Fund 1, LLC: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case,

controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which ATX Debt Fund 1, LLC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments ATX Debt Fund 1, LLC expressly reserves.

    Respectfully submitted,

    POLSINELLI PC

    By: */s/ Liz Boydston*
        Liz Boydston (State Bar No. 24053684)
        2950 N. Harwood Street, Suite 2100
        Dallas, Texas 75201
        Telephone: (214) 661-5557
        Email: lboydston@polsinelli.com

    *COUNSEL FOR ATX DEBT FUND 1, LLC*