

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 26, 2021.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SILICON HILLS CAMPUS, LLC | § | Case No. 20-10042-tmd |
| | § | |
| Debtor | § | |

### AGREED SIXTH BRIDGE ORDER EXTENDING THE EXCLUSIVE SOLICITATION PERIOD PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "*Motion*")[1] for entry of an order (this "*Order*") pursuant to section 1121(d) of title 11 of the United States Code (the "*Bankruptcy Code*") extending the Debtor's exclusive period in which to solicit confirmation of a chapter 11 plan (the "*Exclusive Solicitation Period*"), all as more fully described in the Motion; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; this Court having reviewed and considered the Motion, and the agreement of the parties; it appearing that no other notice need be given; it further appearing

---

[1] Unless otherwise defined herein, capitalized terms used shall have the meaning ascribed to them in the Motion.

that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's Exclusive Solicitation Period is extended through and including March 1, 2021, without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code by the Debtor, for cause, upon notice and hearing.

3. The hearing on *Debtor's Second Motion for Entry of an Order Extending the Exclusive Solicitation Period Pursuant to Section 1121(d) of the Bankruptcy Code* [Doc. 170] is continued to **February 22, 2021 at 2:45 p.m**. **This hearing will be held via Webex[2] at https://us-courts.webex.com/meet/Davis. Parties may also attend via telephone. The conference call dial-in number is 650-479-3207, access code: 160 704 4630.**

# # #

**AGREED:**

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Morris D. Weiss*
    Mark C. Taylor (Bar No. 19713225)
    Morris D. Weiss (Bar No. 21110850)
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701
    (512) 685-6400
    (512) 685-6417 (FAX)
    mark.taylor@wallerlaw.com
    morris.weiss@wallerlaw.com

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

---

[2] Additional instructions and information on using Webex may be found on the Court's website at https://www.txwb.uscourts.gov/txwbvirtualhearings.

POLSINELLI

By: */s/ Liz Boydston*
    James H. Billingsley
    State Bar No. 00787084
    jbillingsley@polsinelli.com
    Liz Boydston
    State Bar No. 24053684
    lboydston@polsinelli.com
    Savanna Barlow
    State Bar No. 24109617
    sbarlow@polsinelli.com
    2950 N. Harwood Street, Suite 2100
    Dallas, Texas 75201
    Telephone: (214) 397-0300

ATTORNEYS FOR TUEBOR REIT SUB, LLC