**Expedited hearing shall be held on 2/26/2021 at 10:30 AM in https://us-courts.webex.com/meet/Davis via Webex or Phone. Call 650-479-3207 Code:160 704 4630. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 24, 2021**

_Tony M. Davis_

**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10042-tmd |
| | § | |
| SILICON HILLS CAMPUS, LLC, | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |
| | § | |

### ORDER GRANTING MOTION OF
### ATX DEBT FUND 1, LLC TO EXPEDITE HEARING ON MOTION
### TO RECONSIDER ORDER GRANTING IN PART AND DENYING IN
### PART MOTION TO QUASH DEBTOR'S PROPOSED RULE 2004 EXAMINATION

On this date came on for consideration the Motion filed by ATX Debt Fund 1, LLC

("**Movant**") requesting an expedited hearing on *ATX Debt Fund 1, LLC's Motion to Reconsider*

*Order Granting in Part and Denying in Part Motion to Quash Debtor's Proposed Rule 2004*

*Examination* filed on February 24, 2021 [Docket No. ___] (the "**Motion**").  The Court finds that

the Motion should be granted as set forth below.

76662826.1

**ACCORDINGLY IT IS, THEREFORE, ORDERED** that the Motion is scheduled for expedited hearing on _____, 2021 at __:___.

The moving party is responsible for notice of hearing on expedited matters. Movant shall file a certificate of notice listing persons served. The certificate should be filed within 7 days of such service but in no event later than the date and time of the hearing.

# # #

Respectfully submitted,


_____/s/ Liz Boydston_____
Liz Boydston (SBN 24053684)
Savanna Barlow (SBN 24109617)
POLSINELLI
2950 N. Harwood Street, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
lboydston@polsinelli.com
sbarlow@polsinelli.com

COUNSEL FOR
ATX DEBT FUND 1, LLC

76662826.1