**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 26, 2021**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10042-tmd |
| | § | |
| SILICON HILLS CAMPUS, LLC, | § | |
| | § | Chapter 11 |
| DEBTORS. | § | |

**ORDER GRANTING MOTION TO RECONSIDER**

On February 12, 2021, ATX Debt Fund 1, LLC filed a Motion to Quash Debtor's Proposed Rule 2004 Examination [ECF 293]. On February 21, 2021, the Court entered an order granting in part and denying in part the Motion to Quash [ECF 298]. ATX then filed a motion seeking reconsideration and asking that the Court amend its order and grant the Motion to Quash in its entirety [ECF 302]. On February 26, 2021, the Court held a hearing on the Motion to Reconsider. For the reasons stated on the record at the hearing, the Court finds that the Motion to Reconsider should be granted.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that the Motion to Reconsider [ECF 302] is granted. The Court will enter an amended order granting the Motion to Quash in its entirety.

# # #