**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 02, 2021.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10042-tmd |
| | § | |
| SILICON HILLS CAMPUS, LLC. | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |

### ORDER DENYING SECOND MOTION TO EXTEND
### TIME FOR EXCLUSIVE SOLICITATION PERIOD

On February 26, 2021, the Court held a hearing on the Debtor's Second Motion to Extend Time for Exclusive Solicitation Period [ECF 170]. For the reasons stated on the record at the hearing, The Court finds that the motion should be denied.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that the Debtor's Second Motion to Extend Time for Exclusive Solicitation Period [ECF 170] is denied.

# # #