# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20–10042–tmd
Chapter No.: 11
Judge: Tony M. Davis

IN RE: **Silicon Hills Campus, LLC**, Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **2/26/2021** was filed on **3/8/2021**. The following deadlines apply:

The parties have until **March 15, 2021** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **March 29, 2021**.

If a request for redaction is filed, the redacted transcript is due **April 8, 2021**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **June 7, 2021** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Exceptional Reporting Services, Inc. 361 949–2988**, or you may view the document at the clerk's office public terminal.

Dated: 3/9/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Blayne Turner

[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)] [NtcftddlrrBKap] ]