**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 01, 2021.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SILICON HILLS CAMPUS, LLC | § | CASE NO. 20-10042-tmd |
| | § § | CHAPTER 11 |
| | § | |

### ORDER REQUIRING RESPONSE

On March 31, 2021, Debtor filed a Motion for an Indicative Ruling. [ECF 331]. The Court requires that the Secured Lender, ATX Debt Fund 1, LLC, respond to the Motion by Thursday, April 8, 2021.

ACCORDINGLY, IT IS THEREFORE ORDERED that the Secured Lender respond to the Motion by Thursday, April 8, 2021 at 5PM central.

# # #