IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SILICON HILLS CAMPUS, LLC | § | Case No. 20-10042-tmd |
| | § | |
| Debtor | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the hearing on *Debtor's Motion for Authority to Use Cash Collateral On an Interim and Final Basis* [Dkt 59] has been set for **April 30, 2021 at 10:00 a.m.** before the Honorable Tony M. Davis.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be held via **Webex**[1] at **https://us-courts.webex.com/meet/Davis. Parties may also attend via telephone. The conference call dial-in number is 650-479-3207, access code: 160 704 4630.**

DATED:   April 22, 2021
         Austin, Texas

---

[1] Additional instructions and information on using Webex may be found on the Court's website at https://www.txwb.uscourts.gov/txwbvirtualhearings.

037667-07110/4819-1516-5414.1                                                                 Page 1

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Mark C. Taylor*
    Mark C. Taylor
    Texas Bar No. 19713225
    Morris D. Weiss
    State Bar No. 21110850
    William R. "Trip" Nix
    Texas Bar No. 24092902
    100 Congress Ave., Suite 1800
    Austin, Texas 78701
    Telephone: (512) 685-6400
    Facsimile: (512) 685-6417
    morris.weiss@wallerlaw.com
    mark.taylor@wallerlaw.com
    trip.nix@wallerlaw.com

*Attorneys for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

The foregoing was served on all persons on the attached Service List electronically via the Court's ECF service or via first class mail on this 22nd day of April, 2021.

    */s/ Mark C. Taylor*
    Mark C. Taylor

## SERVICE LIST

**Debtor**
Silicon Hills Campus, LLC
814 Lavaca Street
Austin, TX 78701

**Government Entities**
United States Trustee (*via ECF*)
903 San Jacinto, Ste. 230
Austin, TX 78701

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Texas Comptroller of Public Accts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711

Kimberly A. Walsh (*via ECF*)
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, Texas 78711-2548

Travis County Attorney's Office
Attention: Jason Starks (*via ECF*)
P.O. Box 1748
Austin, TX 78767

Travis County Tax Assessor
Attn: Bruce Elfant
5501 Airport Blvd
Austin, TX 78751

**Secured Parties**
Ladder Capital Finance LLC
345 Park Avenue, 8th Floor
New York, NY 10154

Tuebor REIT Sub LLC
c/o Marsh Captive Solutions
100 Bank Street, Suite 610
Burlington, VT 05401

**Unsecured Creditors/**
**Interested Parties**
Ameresco
1660 NW 38th Street
Lincoln City, OR 97367

AT&T
Select Accounts, Central South
AT&T National Business
4544 S. Lamar Blvd.
Austin, TX 78745

Austin Energy
721 Barton Springs Rd.
Austin, Texas 78704

City of Austin
P.O. Box 2267
Austin, TX 78783-2267

Cogency Global Inc.
Attn: Independent Director/Manager Team
c/o Richard Arthur & Colleen De Vries
10 East 40th St., 10th Floor
New York, NY 10016

DT Energy Consultants, LLC
10601 Pointe View Drive
Austin, TX 78738

Dunaway Associates
550 Bailey Avenue, Suite 400
Ft Worth, TX 76107

Fluor Enterprises, Inc.
5001 Spring Valley Road
Suite 700 W
Dallas, TX 75244

G4S
1395 University Blvd
Jupiter, FL 33458

Gensler
212 Lavaca Street, Ste. 390
Austin, TX 78701

Jackson Walker LLP
100 Congress, Suite 1100
Austin, TX 78701

Jensen Hughes, Inc.
PO Box 62680
Baltimore, MD 21264-2680

K&L Gates LLP
Attn: Lisa Stark
600 N. King St., Suite 901
Wilmington, DE 19801

037667-07110/4829-1969-7584.1

| | |
|---|---|
| KTB Real Estate Services:<br>509 Dream Catcher Drive<br>Leander, TX 78641 | **Parties Requesting Service**<br>(*via ECF unless otherwise noted*)<br>Tuebor REIT Sub LLC/ATX Debt Fund 1, LLC<br>c/o Polsinelli PC<br>Attn: Liz Boyston/James H. Billingsley/<br>Savanna L. Barlow<br>2950 N. Harwood, Suite 2100<br>Dallas, TX 75201 |
| Natin Paul<br>814 Lavaca Street<br>Austin, TX 78701 | |
| Professional Service Industries:<br>PO Box 74008418<br>Chicago, IL 60674-8418 | Thompson & Knight, LLP<br>Attn: Christopher L. Chauvin and<br>Bruce J. Zabarauskas<br>1722 Routh St., Ste. 1500<br>Dallas, TX 75201 |
| Siemens Industry, Inc.<br>Smart Infrastructure<br>12515 Research Blvd.<br>Bldg. 7, Suite 250A<br>Austin, TX 78701 | DuBois Bryant & Campbell LLP<br>Attn: Seth E. Meisel<br>303 Colorado St., Ste. 2300<br>Austin, TX 78701 |
| SourceHOV<br>2701 E. Grauwyler Road<br>Irving, TX 75061 | Texas Department of Transportation<br>c/o Kyle Pierce Counce<br>Assistant Attorney General<br>Transportation Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 | |
| Tricia Motz, Receiver<br>CBRE, Inc.<br>6200 Bridgepoint Pkwy, Suite 125<br>Austin, TX 78730 | David B. Shemano<br>ShemanoLaw<br>1801 Century Park East, Suite 1600<br>Los Angeles, CA 90067 |
| WCRE Management, LLC<br>814 Lavaca Street<br>Austin, TX 78701 | Tuebor REIT Sub LLC/ATX Debt Fund 1, LLC<br>c/o Polsinelli PC<br>Attn: Trinitee G. Green<br>1000 Louisiana Street, Suite 6400<br>Houston, TX 77002 |
| Wordsearch<br>401 Broadway, Suite 220<br>New York, NY 10013 | |
| Texas Attorney General's Office<br>Attn: Nicole Fagerberg/<br>Walter Brocato<br>Assistant Attorney General<br>Transportation Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | |
| Waste Management of Texas, Inc.<br>24275 Katy Freeway<br>Suite 450<br>Katy, TX 77494-7257 | |